# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Daniel Ordorica,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>MJ 23-02608<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ____the parties,_____ IT IS ORDERED that a removal hearing, is set for _____June 7, 2023_____ , _____at __1:00__ ☐a.m. / ☒p.m. before the , Honorable ____Steve Kim_____ in Courtroom ___540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __May 19, 2023_____

_____
Steve Kim, U.S. Magistrate Judge